# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00615-CR

**Robert Lee Anderson Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CR28569, HONORABLE FRANK SUMMERS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Robert Lee Anderson, Jr. was found guilty of driving while intoxicated. His retained trial counsel was permitted to withdraw. Appellant now represents himself and filed his own notice of appeal. Appellant requested but did not pay for a reporter's record. After appellant was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's record. *See* Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's notices. *See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice. Affirmed.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Affirmed

Filed:   May 22, 2008

Do Not Publish